UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-10815 MLW

ADAM J. VISNICK
and
HOWARD VISNICK
Plaintiffs

vs.

SANCTUARY 4298 INVESTMENTS LLC
Defendant

## MOTION FOR EXPEDITED HEARING AND PRELIMINARY INJUNCTION DATED MAY 6, 2004

Now comes the plaintiff Adam J. Visnick and respectfully moves this Honorable Court

pursuant to Fed.R.Civ.P. Rule 65 to schedule an expedited hearing and issue a preliminary

injunction. (A proposed form of ORDER is attached hereto.)

The plaintiff Adam Visnick assigns as reasons therefore the following:

1.) Adam Visnick is the owner of a home at 15A Plum Street in Gloucester, Massachusetts.

This is his principal residence. (Visnick Affidavit, par. 1)

2.) The defendant Sanctuary 4298 Investments LLC is a lender who holds a first mortgage

on the property. (Visnick Affidavit, pars. 8-9) The lender has declared a default under the Mortgage

Note with a principal amount of $260,000 dated January 20, 2003. (Visnick Affidavit, pars. 13-14)

3.) The lender violated the Truth in Lending Act, 15 U.S.C. §1640 and regulations

promulgated thereunder, 12 C.F.R. §226.23 by failing to give notice to Adam Visnick of his right

to rescind at the closing. (Visnick Affidavit, pars.9, 16; Complaint, pars. 10, 12) As a result of the

violation, Adam Visnick owes no more than $238,400 to the defendant. (Memorandum)

4.) When Adam Visnick learned of his right to rescind, he gave notice of his intention to rescind. (Visnick Affidavit, pars.16-17)

5.) The defendant Sanctuary again violated the Truth in Lending Act and regulations thereunder, refused to rescind, and scheduled a foreclosure sale of the Visnick home for May 19, 2004. (Visnick Affidavit, pars. 18-21; Complaint, pars. 16-20, 22-25)

6.) Adam Visnick obtained a commitment for refinancing in the amount of $275,000 and attempted to schedule a closing for the payoff of the Sanctuary mortgage in an amount calculated consistent with the Truth in Lending Act. Sanctuary refused to participate in the closing. (Affidavit of Adam Visnick.)

7.) On May 5, 2004 Adam Visnick entered into a Contract to Purchase for the sale of the property in the amount of $420,000. The closing is to occur on or before July 31, 2004. (Howard Visnick Affidavit, par. 20)

8.) If the foreclosure sale proceeds, it will cause immediate and irreparable harm.

9.) The plaintiff Adam Visnick prays for an expedited hearing and the issuance of a preliminary injunction in his Complaint. (Complaint, pages 6-7)

10.) The defendant was served with a copy of the Complaint on May 4, 2004. (A faxed copy of the return of service is attached hereto.)

(A proposed Order and Memorandum in Support hereof are filed herewith.)

**WHEREFORE**, Adam Visnick prays:

1.) That this Honorable Court schedule the hearing of this Motion on an expedited basis.

2.) That this Honorable Court preliminarily enjoin the foreclosure of the Visnick residence.

3.) That this Honorable Court order the defendant to discharge the mortgage at the closing

Page -2-

subject to the deposit of $275,000 from the closing proceeds with the Clerk of Court to secure the

defendant against any losses as may be adjudicated by final judgment..

    4.) That this Honorable Court grant any such further relief which may be just and equitable.

                      Respectfully submitted:

                      Robert S. Wolfe, Esq.
                      Robert Wolfe Associates, P.C.
                      65 Middle Street
                      P.O. Box 1600
                      Gloucester, Ma. 01931
                      (978) 281-0190
                      BBO # 532500

May 6, 2004

## CERTIFICATE OF SERVICE

    I, Robert S. Wolfe, Esq., hereby certify that I have served a copy of the foregoing papers

upon the defendant and counsel by Express Mail at the following addresses:

                  David M. Wardwell, Esq.
                  92 State Street
                  Boston, Ma. 02109

                  Sanctuary 4298 Investments, LLC
                  647 Sanctuary Drive
                  Boca Raton, Fla. 33431

May 6, 2004                   Robert S. Wolfe

*County*   N/A           *Court*   UNITED STATES DISTRICT COURT

*State of*   MASSACHUSETTS

*Affidavit of Service*

ADAM J VISNICK AND HOWARD VISNICK
_____
            Plaintiff

SANCTUARY 4299 INVESTMENTS LLC
_____
            Defendant

STATE OF FLORIDA
COUNTY OF PALM BEACH
CITY OF WEST PALM BEACH

D/S P. Regan of the Sheriff's Office of Palm Beach County, being duly sworn, deposes and says that he is not a part to this action and he is over eighteen years of age; that he is a resident elector of the County of Palm Beach County, State of Florida:

That on 5/4/2004 at 10:25AM deponent served the following SUMMONS & COPY & COPY OF COMPLAINT, MOTION FOR SHORT ORDER OF NOTICE RE: HEARING ON PRELIMINARY INJUNCTION WITH PROPOSED FORM OF ORDER, AFFIDAVIT OF ADAM VISNICK DATED APRIL 22, 2004, CIVIL COVER SHEET _____

on SANCTUARY 4298 INVESTMENTS LLC _____ defendant therein named.

____**PERSONALLY** by personally delivering to and leaving with said defendant a true copy thereof, and that he/she knew the person so served to be the person mentioned and described in the above documents.

____ **SUBSTITUTE** by delivering a true copy thereof to and leaving with___ _____ _____ a person of suitable age (above the age 15 years) at his/her usual place of abode, and informing the person of the contents thereof (as defined in F.S. 481.031(1).

____**CORPORATION** by delivering to and leaving with _____ _____ _____ of the Corporation at given address.

X ___**OTHER/SUPPLEMENTAL INFORMATION** PARTNERSHIP BY SERVING ROBERT S ABRAMS AS PARTNER _____

EDWARD W/ BIELUCH, SHERIFF
PALM BEACH COUNTY, FLOIRDA

_____ #4358
D/S P. Regan #4358
This notary and the sworn Deputy Sheriff are both
employed by the Palm Beach County Sheriff's Office

Sworn to before me this __5th__
day of __April__ A.D. 2004
at West Palm Beach, Florida

_____
Sharron Gilbert - Notary Public



SHARRON GILBERT
MY COMMISSION # DD 056513
EXPIRES: September 16, 2005
1-800-3-NOTARY   FL Notary Service & Bonding, Inc.

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-10815 MLW

ADAM J. VISNICK
and
HOWARD VISNICK
Plaintiffs

vs.

SANCTUARY 4298 INVESTMENTS LLC
Defendant

FINDINGS AND ORDER DATED MAY   , 2004

After considering the Motion for Expedited Hearing and Preliminary Injunction,

Affidavits, Memoranda and argument, the Court makes the following preliminary FINDINGS

and ORDERS:

A.    **FINDINGS:**

1.    Sanctuary 4298 Investments LLC made a six month consumer loan in the amount

of $260,000 to Adam Visnick evidenced by a Note and Mortgage dated January

20, 2003. The principal of the Note included prepaid interest of $15,600 and a

commitment fee of $6,000.

2.    The residential mortgage encumbered the home located at 15A Plum Street,

Gloucester, Massachusetts. The home was owned by Adam Visnick, and he

resided therein.

3.    Adam Visnick was a consumer within the meaning of the Truth in Lending Act,

Page -1-

15 U.S.C. §1640 and 12 C.F.R. §226.23.

4.  The loan advanced by Sanctuary was subject to the Truth in Lending Act, 15
    U.S.C. §1640 and 12 C.F.R. §226.23.

5.  Sanctuary failed to make the disclosures required of lenders under the Truth in
    Lending Act, 15 U.S.C. §1640 and 12 C.F.R. §226.23.

6.  Sanctuary initiated foreclosure proceedings and asked Adam Visnick to waive his
    rights to rescind under the Truth in Lending Act, 15 U.S.C. §1640 and 12 C.F.R.
    §226.23.

7.  Adam Visnick refused to waive his rights and exercised his right to rescind by
    sending a written Notice to Cancel on March 23, 2004.

8.  Sanctuary refused to cancel its security interest in the residence and cancel the
    pending foreclosure sale required of lenders under the Truth in Lending Act, 15
    U.S.C. §1640 and 12 C.F.R. §226.23.

9.  Adam Visnick obtained a written financing commitment to pay Sanctuary the
    monies due Sanctuary under the Truth in Lending Act, but Sanctuary refused to
    accept the payment.

10. Adam Visnick entered into a Contract to Purchase for the sale of his residence in
    the amount of $420,000 with the sale to occur on or before July 31, 2004.

11. Sanctuary has scheduled a foreclosure sale for May 17 or 19, 2004.

12. Sanctuary failed to cancel the foreclosure sale as required of lenders under the
    Truth in Lending Act, 15 U.S.C. §1640 and 12 C.F.R. §226.23.

13. There is a reasonable likelihood that Adam Visnick owes Sanctuary an amount

not to exceed $235,000.

14.   A foreclosure sale would cause immediate and irreparable harm to Adam Visnick.

**B.   ORDERS:**

1.)   Sanctuary 4298 Investments LLC is preliminarily enjoined from foreclosing on
the property of Adam Visnick at 15A Plum Street, Gloucester, Massachusetts.

2.)   Sanctuary 4298 Investments LLC shall discharge its outstanding mortgage on
the property of Adam Visnick at 15A Plum Street, Gloucester, Massachusetts in
the event Adam Visnick refinances or sells the aforesaid property subject to the
condition that Adam Visnick posts with the Clerk $275,000 to secure any losses
of Sanctuary subject to a final judgment herein.

_____
Wolf, J.
Dated: