```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

ADAM J. VISNICK and HOWARD      )
VISNICK,                        )
     Plaintiffs,                )
                                )
     v.                         )      C.A. No. 04-10815-MLW
                                )
SANCTUARY 4298 INVESTMENTS LLC, )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                               May 12, 2004

It is hereby ORDERED that:

1. Plaintiffs Adam J. Visnick and Howard Visnick shall attend the hearing on their motion for a preliminary injunction scheduled for March 13, 2004, at 11:00 a.m.

2. Defendant Sanctuary 4298 Investments LLC shall subpoena or otherwise cause David M. Wardwell, Esq. to attend the hearing on the plaintiffs' motion for a preliminary injunction scheduled for March 13, 2004, at 11:00 a.m.

3. Defendant Sanctuary 4298 Investments LLC shall, by 10:00 a.m. on March 13, 2004, file an affidavit of its officer, director or managing agent stating the number of times Sanctuary 4298 Investments LLC extended credit in calendar years 2002, 2003 and 2004 and, for each calendar year, the number of credit extensions for transactions secured by a dwelling.  "Dwelling means a residential structure that contains one to four units, whether or not that structure is attached to real property. The term includes an individual condominium unit, cooperative unit, mobile home, and

trailer, if it is used as a residence." 209 C.M.R. 32.02(1).

    4.   The Clerk shall serve a copy of this Order on the parties forthwith.

                                                    /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE