UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10815

| | |
|---|---|
| Adam Visnick | Sanctuary 4298 Investments |
| PLAINTIFF | DEFENDANT |
| Robert Wolfe | Gary Crossen |
| | Carlene Pennell |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK    O'Leary                    REPORTER    Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 05/13/04 | Court informs the parties that the matter, for purposes of deciding the plaintiffs motion for preliminary |
| | injunction (docket no. 4), is governed by Massachusetts law and not the Federal Truth in Lending Act. |
| | Court sequesters attorney David Wardwell.  Plaintiff calls David Wardwell.  Witness takes the stand and is |
| | sworn.  Disbursement sheet marked as exhibit 1.  Contract to Purchase 15A Plum Street, Rockport, MA |
| | dated 5/4/2004.  Neither party calls another witness.  Court closes the record and listens to oral argument |
| | on the plaintiff's motion for preliminary injunction (docket no. 4).  Court denies the plaintiff's motion for |
| | preliminary injunction (docket no.4).  Court sets a 16B scheduling conference for June 14, 2004 at 4:00 PM. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |