UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM J. VISNICK and HOWARD VISNICK, <br><br> Plaintiffs, <br><br> v. <br><br> SANCTUARY 4298 INVESTMENTS LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 04-10815 MLW |

## SUPPLEMENTAL AFFIDAVIT OF ROBERT ABRAMS

I, Robert Abrams, do hereby depose and state that the following is based on my personal knowledge and is true to the best of my memory and belief:

1. I am the sole officer of the Defendant, Sanctuary 4298 Investments LLC ("Sanctuary").

2. In 2002, Sanctuary only extended credit once, and that transaction was secured by a residential dwelling.

3. In 2003, Sanctuary extended credit twice, but only one of those transactions was secured by a residential dwelling, which is the loan to Adam Visnick in this matter.

4. Sanctuary has not extended any credit to anyone in 2004.

Signed under the pains and penalties of perjury this 12th day of May, 2004.

Robert Abrams