```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

ADAM J. VISNICK and HOWARD    )
VISNICK,                      )
     Plaintiffs,              )
                              )
     v.                       )    C.A. No. 04-10815-MLW
                              )
SANCTUARY 4298 INVESTMENTS LLC,)
     Defendant.               )
```

ORDER

WOLF, D.J.                                          May 13, 2004

    For the reasons described in court on May 13, 2004, it is hereby ORDERED that:

    1.  Plaintiffs Adam J. Visnick and Howard Visnick's Motion for Short Order of Notice (Docket No. 2) is WITHDRAWN.

    2.  Plaintiffs Adam J. Visnick and Howard Visnick's Motion for Preliminary Injunction (Docket No. 4) is DENIED.

    3.  The parties shall confer and, by June 10, 2004, report on the status of settlement discussions and, if this case has not settled, comply with the attached Notice of Scheduling Conference.

                                            /s/ Mark L. Wolf
                                     UNITED STATES DISTRICT JUDGE