UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 10 A 10: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

ADAM J. VISNICK and HOWARD VISNICK,

Plaintiffs,

v.

SANCTUARY 4298 INVESTMENTS LLC,

Defendant.

CIVIL ACTION
NO. 04-10815 MLW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure, the Plaintiffs, Adam Visnick and Howard Visnick, and the Defendant, Sanctuary 4298 Investments LLC, hereby stipulate and agree that the above-entitled action be dismissed with prejudice, with each party bearing its own costs and waiving all rights of appeal.

ADAM VISNICK and
HOWARD VISNICK,
By their attorney:

Robert S. Wolfe / cap

Robert S. Wolfe, BBO#532500
Wolfe Associates, P.C.
65 Middle Street
P.O. Box 1600
Gloucester, MA 01930
(987) 281-0190

DATED: June 10, 2004

SANCTUARY 4298 INVESTMENTS LLC,
By its Attorneys:

Carlene A. Pennell, BBO #631175
Gary C. Crossen, BBO##106580
Rubin and Rudman LLP
50 Rowes Wharf, 3rd Fl.
Boston, MA 02110
(617) 330-7000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6/10/04